# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) | Case No. 09-20524-CIV-LENARD |
| Plaintiff, | ) ) | |
| v. | ) ) | JOINT MOTION FOR ENTRY OF STIPULATION AND |
| LOCAL 568, TRANSPORT WORKERS UNION OF AMERICA, | ) ) ) | ORDER OF SETTLEMENT |
| Defendant. | ) ) ) | |

Pursuant to the Court's October 16, 2009 Endorsed Order striking docket entry number 36, Plaintiff, Hilda L. Solis, Secretary of Labor, and Defendant Local 568, Transport Workers Union of America, jointly move for the Court's entry of the Stipulation and Order of Settlement attached hereto as Exhibit "A". The attached stipulation and proposed order represents the fully executed written settlement agreement between the parties.

October 16, 2009  
Miami, Florida

Respectfully submitted,

**LOCAL 568, TRANSPORT WORKERS UNION OF AMERICA**

**PHILLIPS & RICHARD, P.A**

 /s/ Libby Herrera-Navarrete_____
Libby Herrera-Navarrete
Florida Bar No. 956562
9360 SW 72 Street, Suite 283
Miami, Florida 33173

Telephone: (305) 412-8322
Facsimile: (305) 412-8299
lnavarrete@phillipsrichard.com
*Counsel for Defendant*

**HILDA L. SOLIS, SECRETARY,
UNITED STATES DEPARTMENT OF LABOR**

**JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY**


 _/s/ Carlos Raurell_____
CARLOS J. RAURELL (Fla. Bar 529893)
Assistant United States Attorney
99 NE 4th Street
Miami, Florida 33132
Tel. 305-961-9243
Fax. 305-530-7139
carlos.raurell@usdoj.gov