UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20524-CIV-LENARD/TURNOFF

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

      Plaintiff,

vs.

LOCAL 568, TRANSPORT WORKERS
UNION OF AMERICA,

      Defendant.

_____/

## NOTICE OF FILING CERTIFICATION OF ELECTION

Pursuant to paragraph 4 of the Stipulation and Order of Settlement entered by the Court on

October 22, 2009 (D.E. #40, Plaintiff, Hilda L. Solis, Secretary of Labor, hereby files the attached

Certification of Election, dated June 17, 2010.

Dated: June 24, 2010
Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/ Carlos Raurell
     Assistant U.S. Attorney
     Florida Bar. No. 529893
     Carlos.raurell@usdoj.gov
     United States Attorney's Office
     99 N.E. 4th Street
     Miami, Florida 33132
     Tel.: 305-961-9243
     Fax: 305-530-7139
     Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

s/ Carlos Raurell
Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

HILDA L. SOLIS, Secretary of Labor,           )
United States Department of Labor,            )
                                              )       Case No. 09-20524-CV-LENARD
                      Plaintiff,              )
                                              )
           v.                                 )
                                              )
LOCAL 568, TRANSPORT WORKERS                  )
UNION OF AMERICA,                             )
                                              )
                      Defendant.              )
_____ )

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Stipulation and Order of

Settlement entered October 22, 2009, in the United States District Court for the Southern District

of Florida, in accordance with the provisions of Title IV of the Labor-Management Reporting

and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and

bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-

election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Sidney Jimenez | President |
| Miguel Vento | First Vice President |
| Mike Garcia | Second Vice President |
| Dan Brennan | Recording Secretary |
| Mitch Lieberman | Secretary-Treasurer |
| Fred Harvey | Executive Board Member |
| Noel Padilla | Executive Board Member |
| Manny Lorenzana | Executive Board Member |
| Dave Wojnar | Executive Board Member |

Signed this 17th day of June.

Cynthia M. Downing, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor